1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KEVIN MORIN, | ) | Case No. 07cv885-BEN (BLM) |
| | ) | |
| Plaintiff, | ) | **ORDER RESETTING EARLY NEUTRAL** |
| | ) | **EVALUATION CONFERENCE** |
| v. | ) | |
| | ) | |
| ABERCROMBIE & FITCH STORES, INC., doing business as Ruehl No. 925, and DOES 1-50, inclusive, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

On May 21, 2007, Krista Cabrera, counsel for Defendants, lodged in Chambers a written request to continue the Early Neutral Evaluation Conference currently scheduled for June 22, 2007.  In support, counsel represents that Fred Kosmo, Defendants' lead trial counsel, is unable to attend the Early Neutral Evaluation Conference on that date because his son is undergoing major surgery immediately prior to the conference, and will be in the hospital recovering on June 22, 2007.  Counsel also represents that Plaintiff's counsel has no objection to the continuance, and suggests that the Early Neutral Evaluation Conference be rescheduled to June 29, 2007.

1  The Court finds it inappropriate to convene an Early Neutral
2 Evaluation Conference unless all counsel and parties are available to
3 appear in person. Accordingly, the Early Neutral Evaluation Conference
4 currently set for June 22, 2007 ay 9:30 a.m. is hereby continued to **June**
5 **29, 2007** at **1:30 p.m.** All other requirements set forth in the Court's
6 Notice and Order Setting Early Neutral Evaluation Conference [Doc. No.
7 2], including the requirement that counsel timely submit confidential
8 Early Neutral Evaluation statements, remain in effect. Failure of
9 required counsel to comply may result in the imposition of sanctions.
10  **IT IS SO ORDERED.**

12 Dated: May 22, 2007

13  BARBARA L. MAJOR
   United States Magistrate Judge

15 COPY TO:
16 HONORABLE ROGER T. BENITEZ
   U.S. DISTRICT JUDGE
17
   ALL COUNSEL