UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN MORIN,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>ABERCROMBIE & FITCH STORES, INC., doing business as Ruehl No. 925, and DOES 1-50, inclusive,<br><br>　　　　　　Defendants. | Case No. 07cv885-BEN (BLM)<br><br>**ORDER FINDING EARLY NEUTRAL EVALUATION CONFERENCE INAPPROPRIATE AND SETTING TELEPHONIC CASE MANAGEMENT CONFERENCE** |

On June 12, 2007, Plaintiff filed a Motion For Order Remanding this Action to State Court. Doc. No. 8. In light of the pending motion to remand, the Court finds it inappropriate to convene an Early Neutral Evaluation Conference at this time. See CivLR 16.1(c) (explaining that the "judicial officer shall hold [conferences] as he or she deems appropriate"). Accordingly, the telephonic, attorneys-only Early Neutral Evaluation Conference currently set for June 29, 2007 at 1:30 p.m. is hereby vacated.

However, in order to determine the status of the case, a telephonic, attorneys-only Case Management Conference will be held on

**August 30, 2007** at **1:30 p.m.**  The Court will initiate the conference call.  Failure of required counsel to participate may result in the imposition of sanctions.

   **IT IS SO ORDERED.**

Dated: June 21, 2007

BARBARA L. MAJOR
United States Magistrate Judge

COPY TO:

HONORABLE ROGER T. BENITEZ
U.S. DISTRICT JUDGE

ALL COUNSEL